| | |
|---|---|
| 1 | Michael J. Miller, VA Bar No. 19171 |
| | J. Christopher Ide, VA Bar No. 19307 |
| 2 | THE MILLER FIRM |
| | 105 North Alfred Street, |
| 3 | Alexandria, Virginia 22314 |
| | Telephone: (703) 519-8080 |
| 4 | Facsimile: (703) 519-8084 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DALE MACDONALD, | **MDL NO. 1699** |
| Plaintiff, | **District Judge: Charles R. Breyer** |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF DALE MACDONALD** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | |
| Defendants. | Case No. 06-CV-05800-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Dale MacDonald from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 22, 2007 | Respectfully submitted, |
| 3 | | THE MILLER FIRM |
| 4 | | By: _____ |
| 5 | | J. CHRISTOPHER IDE |
| 6 | | |
| 7 | | Michael J. Miller, VA Bar No. 19171 |
| 8 | | J. Christopher Ide , VA Bar No. 19307<br>THE MILLER FIRM<br>105 North Alfred Street, |
| 9 | | Alexandria, Virginia 22314<br>Telephone:  (703) 519-8080<br>Facsimile:  (703) 519-8084 |
| 10 | | |
| 11 | | Attorneys for Plaintiffs |

Dated:  1/26/07

Respectfully submitted,

GORDON & REES

By: _____
STUART M. GORDON

CA Bar No.  37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated:  January 31, 2007

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

- - 2 - -

COMPLAINT